UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| DANA SMITH | CIVIL ACTION NO. 18-cv-1210 |
|---|---|
| VERSUS | JUDGE DOUGHTY |
| UNIVERSITY HEALTH SHREVEPORT, LLC | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Defendant's Motion for Partial Dismissal [Doc. No. 8] is **DENIED**.

MONROE, LOUISIANA, this 12th day of March, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE